IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TIMOTHY MACK CLEMMONS**            **PETITIONER**
**ADC #099363**

v.        Case No. 1:17-cv-00016-KGB/BD

**WENDY KELLEY, Director**            **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Timothy Mack Clemmons' petition with prejudice and denies the requested relief.

So adjudged this the 8th day of November, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge